UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Anthony Riccardi
             Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY
VIDEO OR TELE CONFERENCE**

7:21-cr-00197-

Defendant Anthony Riccardi hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☐    Initial Appearance Before a Judicial Officer

☒    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐    Guilty Plea/Change of Plea Hearing

☐    Bail/Detention Hearing

☐    Conference Before a Judicial Officer - Assignment of Counsel

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Anthony Riccardi
Print Defendant's Name

_____
Defendant's Counsel's Signature

Michael Lambert Esq
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

3/24/21
3/26/21
Date

_____
U.S. District Judge/U.S. Magistrate Judge