**[PROPOSED] ORDER**

GOOD CAUSING HAVING BEEN SHOWN, **IT IS HEREBY ORDERED** that Defendant Anthony Riccardi's conditions of pretrial release are modified to vacate the condition that he submit to home detention enforced by Radio Frequency Location Monitoring. All remaining conditions of Anthony Riccardi's pretrial release, including the appearance bond remaining unsecured by real propery, shall remain in full force and effect.

Dated _____May 28_____, 2021

_____
Hon. Philip M. Halpern, U.S.D.J.