March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                   -v-

Anthony Riccardi
               Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

7:21 -CR- 00197 (UA)(__)

Defendant __Anthony Riccardi_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

**X** Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_____     _____
Defendant's Signature                                   Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Anthony Riccardi**                       **Michael Lambert**
Print Defendant's Name                        Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

**09/08/2021**
_____                                   _____
Date                                                U.S. District Judge/U.S. Magistrate Judge

Case 7:21-cr-00197-PMH   Document 116   Filed 09/08/21   Page 1 of 1