UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

-v-

Anthony Riccardi,

                Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

7: 21-CR-00197 (PMH)

Defendant ____Anthony Riccardi____ hereby voluntarily consents to participate in the following proceeding via teleconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

____Anthony Riccardi____
Print Defendant's Name

_____
Defense Counsel's Signature

____Douglas E. Grover____
Print Defense Counsel's Name

This proceeding was conducted by AT&T teleconferencing technology.

_____
Date: June 14, 2022

_____
U.S. District Judge/U.S. Magistrate Judge