UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA           :
                                   :
v.                                 :     **RECHEDULING**
                                   :     **ORDER**
**Anthony Riccardi**               :
            Defendants.            :     21 CR 197-1 (PMH)
                                   :
------------------------------------------------------------x

**Status conference** in this matter is rescheduled to **February 21, 2023 at 11:30 am** in Courtroom 520 at the White Plains Courthouse.

Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire. The questionnaire is located on the Court's Website Completing the questionnaire online and ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

Dated: January 24, 2023

                         SO ORDERED:

                         _____
                         Philip M. Halpern, U.S.D.J