UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :
v.                                :     **SCHEDULING ORDER**
                                  :
**Anthony Riccardi,**             :     7-21-cr-00197-1 PMH
        Defendant.          :
                                  :
------------------------------------------------------------x

The Court has converted the status conference scheduled on February 21, 2023 at 11:30 a.m. to a Change of Plea Hearing in Courtroom 520 at the White Plains Courthouse.

Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

Dated: January 24, 2023                      SO ORDERED:

                                                              Philip M. Halpern, U.S.D.J