UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                          :    **ORDER**
v.                                        :
                                          :    21 CR 197 (PMH)
ANTHONY RICCARDI,
PATRICIA RICCARDI,               :
                            Defendants.   :
-------------------------------------------------------x

PHILIP M. HALPERN, United States District Judge:

In light of the Court adjourning Defendant Anthony Riccardi's sentencing to 8/10/2023 (Doc. 151), Defendant Anthony Riccardi's submission is due by 7/20/2023 and the Government's response is due by 7/27/2023.

In light of the Court adjourning Defendant Patricia Riccardi's sentencing to 12/11/2023 (Doc. 156), Defendant Patricia Riccardi's submission is due by 11/20/2023 and the Government's response is due by 11/27/2023.

Dated:  June 7, 2023
           White Plains, NY

                                        **SO ORDERED**:

                                          _____
                                          Philip M. Halpern
                                          United States District Judge