Government is directed to respond to Defendant's request for sentencing adjournment by July 17, 2023 at 5:00 p.m.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
          July 13, 2023

Law Offices Of Michael Lambert Esq.
369 Lexington Ave, 2nd fl
New York, NY, 10016

July 12, 2023

**VIA ECF**
The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601
Re:      *United States v. Anthony Riccardi et al, 7:21-CR-00197 (PMH)*

Dear Judge Halpern:

I write to request an adjournment of Mr. Riccardi's sentencing, and sentencing memorandum submission date.  Mr. Riccardi's wife, Patricia Riccardi, is presently undergoing severe health issues that require time to properly diagnose and assess regarding treatment.  This current situation has potentially substantial consequences for his family, as well as being a relevant and still developing issue under 18 USC 3553(a)(1) and 18 USC 3553(a)(2)(D).  We therefore request that this matter be adjourned to track with Ms. Riccardi's case (see case documents 156-158) to any date in September, or further, at the court's discretion.

Respectfully submitted,

Michael Lambert Esq. /s/

Copies To:
Assistant U.S. Attorney Nicholas Bradley (Via ECF and Electronic Mail)
Clerk of the Court (PMH) (Via ECF)