Law Offices Of Michael Lambert Esq.
369 Lexington Ave, 2nd fl
New York, NY, 10016

January 16th, 2024

**<u>VIA ECF</u>**
The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601
Re:    <u>United States v. Anthony Riccardi et al, 7:21-CR-00197 (</u>

> Application granted. The sentencing scheduled for 2/8/2024 is hereby adjourned to the Court's next available sentencing date of 7/11/2024 at 2:30 p.m. in Courtroom 520 at the White Plains Courthouse. Defendant Anthony Riccardi's sentencing submission is due by 6/20/2024 and the Government's response is due by 6/27/2024.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         January 17, 2024

Dear Judge Halpern:

I write to request an adjournment of Mr. Riccardi's sentencing, and sentencing memorandum submission date.  Counsel was ill the entire last week of December, and upon returning to work, had difficulty coordinating with co-counsel due to travel and scheduling conflicts the following week.  We therefore request a minimum extension of approximately two weeks at the court's discretion.


Respectfully submitted,


Michael Lambert Esq. /s/


<u>Copies To:</u>
Assistant U.S. Attorney Nicholas Bradley (Via ECF and Electronic Mail)
Clerk of the Court (PMH) (Via ECF)