UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA

v.

ANTHONY RICCARDI,

                    Defendant.
------------------------------------------------------------x

**RESCHEDULING ORDER**

7:21-cr-00197-PMH

Sentencing in this matter currently scheduled for July 11, 2024 at 2:30 p.m. is rescheduled to July 11, 2024 at **4:00 p.m.** in Courtroom 520 at the White Plains Courthouse.

**SO ORDERED:**

Dated: White Plains, New York
        June 17, 2024

_____
Philip M. Halpern
United States District Judge