James M. Roberts
Counsel

212-344-5400
jroberts@schlamstone.com

**Schlam Stone & Dolan** LLP

June 19, 2024

VIA ECF AND EMAIL

Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Anthony Riccardi et al.*, 7:21-CR-00197 (PMH)

Dear Judge Halpern:

We write on behalf of our client and our co-counsel, Michael Lambert, to request a brief adjournment of Mr. Riccardi's sentencing, and sentencing memorandum submission date. I am currently on trial in a federal criminal securities fraud case in the District of New Jersey before Hon. Esther Salas which is expected to last until July 12, 2024, and my Mr. Riccardi would like me to participate fully with these matters. We apologize to the Court and to the Government for the limited notice and humbly request that this matter be adjourned for two weeks, or further, at the Court's discretion.

Respectfully submitted,

James M. Roberts

Cc:   Assistant U.S. Attorney Nicholas Bradley (Via ECF and Electronic Mail)
      Clerk of the Court (PMH) (Via ECF)

---

**Stamped order:**

Application granted. The sentencing scheduled for July 11, 2024 is adjourned to August 20, 2024 at 4:00 p.m. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 175).

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        June 25, 2024