> Application denied. The sentencing will take place on August 20, 2024 at 4:00 p.m. and defendant shall file his sentencing memorandum forthwith.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> August 5, 2024

# The Law Office

275 Madis[on]
New Yor[k]
www.jas[...]

**Jason Goldman, Esq.**
Principal Attorney
Admitted in NY & NJ

August 5, 2024

**BY ECF**
Hon. Philip M. Halpern
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    Re: *United States v. Anthony Riccardi,* **21 Cr. 197 (PMH)**

Dear Judge Halpern:

    I represent Mr. Riccardi in the above-captioned matter, which is currently set for sentencing on August 20, 2024. With this letter, the defense is respectfully requesting a short adjournment of two to four weeks for Mr. Riccardi's sentencing. While I will be working alongside Mr. Riccardi's current counsel, I am newly retained and am moving expeditiously to review Mr. Riccardi's matter and finalize his sentencing memorandum. There have been four prior requests for a sentencing adjournment for various reasons, all of which have been granted by this Court. While we understand that there have been several adjournments thus far, this would be the defense's final request of this nature. The government, by way of AUSA Nicholas S. Bradley, has no objection so long as this adjournment is within the two to four week time frame. Should the Court be unable to accommodate a date within that short time period, the government does object and requests an opportunity to file a response motion.

So Ordered:                                                                                      Respectfully,

                                                                                                  *S/ jg*
_____                                                               _____
Hon. Philip M. Halpern                                                                   Jason Goldman, Esq.