UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
  UNITED STATES OF AMERICA,

    v.

ANTHONY RICCARDI,

                   Defendant.
-----------------------------------------------------------X

**ORDER**

21-CR-00197 (PMH)

PHILIP M. HALPERN, United States District Judge:

On June 30, 2025, the Court denied Defendant's Motion for Compassionate Relief. (Doc. 194). On July 7, 2025, Defendant Anthony Riccardi, proceeding *pro se*, filed a motion to modify his self-surrender date. (Doc. 195). Defendant states that Patricia Riccardi is scheduled to commence home confinement on July 16, 2025. Defendant requests that his self-surrender date be extended from July 26, 2025 to July 28, 2025 so that the date falls on a Monday rather than Saturday. Defendant further requests that he self-surrender to FCI Cumberland Men's Camp. On July 9, 2025, the Government filed a letter confirming that: (1) Mrs. Riccardi is scheduled to be transferred to home confinement on July 16, 2025; and (2) Defendant's current BOP designation is FCI Cumberland. (Doc. 196). The Government also has no objection to Defendant's request to modify his surrender date to Monday, July 28, 2025.

Defendant's Motion is GRANTED. Defendant shall self-surrender to FCI Cumberland by July 28, 2025 before 2:00 p.m. The Clerk of Court is respectfully directed to terminate the pending motion (Doc. 195), and to mail a copy of this Order to Defendant at 73 Lake Wind Road New Canaan, Connecticut 06840.

1

**SO ORDERED.**

Dated: White Plains, New York
       July 10, 2025

_____
Philip M. Halpern
United States District Judge