```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
  UNITED STATES OF AMERICA,

                                                                    ORDER
       v.
                                                                    21-CR-00197 (PMH)
  ANTHONY RICCARDI,

                          Defendant.
-----------------------------------------------------------X
```

PHILIP M. HALPERN, United States District Judge:

On June 30, 2025, the Court denied Defendant's Motion for Compassionate Relief. (Doc. 194). On July 10, 2025, the Court granted Defendant's Motion to modify his self-surrender date and ordered Defendant to self-surrender to FCI Cumberland by July 28, 2025 before 2:00 p.m. (Doc. 197).

On July 10, 2025, Defendant Anthony Riccardi, proceeding *pro se*, filed a motion to further modify his self-surrender date based on the "evolving circumstances surrounding the custody status of his wife, Patricia Riccardi, and their shared responsibility for their minor child." (Doc. 198).[1] Defendant requests that he self-surrender no earlier than ten days following the confirmed release of Mrs. Riccardi from the Bureau of Prisons.[2] In support of the instant Motion, Mrs. Riccardi submitted an Affidavit stating that she currently resides at Drapelick Halfway House and during any period of home confinement she must travel 83.2 miles to and from the facility to meet with her BOP counselor once per week. (Doc. 198 at 11). During these time periods her minor son would be left without supervision. (Doc. 198 at 11).

---

[1] Citations to this document correspond to the pagination generated by ECF.

[2] The Court has already determined that if the BOP decides, in its discretion, to permit Mrs. Riccardi to serve the remainder of her sentence in home confinement, at that time she will no longer be at a BOP facility. *See* June 30, 2025 Order, at 8).

On July 11, 2025, the Government filed a letter stating that it does not object to the Court further modifying Defendant's surrender date based on Mrs. Riccardi's restrictions on caring for her minor child while on home confinement. (Doc. 199). The Government requests that the Court order Defendant to surrender one week after Mrs. Riccardi's release date as reflected on the federal Bureau of Prisons website.

Defendant's Motion is GRANTED in part. The Court will further modify Defendant's surrender date to ensure continuity of care for his minor child. The Federal Bureau of Prisons Inmate Locator states that Mrs. Riccardi's projected release date is September 29, 2025. (*See* https://www.bop.gov/inmateloc (last visited July 14, 2025)). Defendant shall self-surrender to FCI Cumberland by October 6, 2025 before 2:00 p.m. The Clerk of Court is respectfully directed to terminate the pending motion (Doc. 198), and to mail a copy of this Order to Defendant at 73 Lake Wind Road New Canaan, Connecticut 06840.

**SO ORDERED.**

Dated: White Plains, New York
       July 14, 2025

_____
Philip M. Halpern
United States District Judge